IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JESSE NARCISSE, | ) | 8:19CV18 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| LAURAN KUBES, RHONDA WILSON, DON WHITTMORE, DREW ENGLISH, SPENCE PROPEL, JULIE REDWING, JOHN REYOLDS, KRIS BOE SIMMONS, KATHY HERIAN, and NORFOLK REGIONAL CENTER, | ) | |
| Defendants. | ) | |

On February 1, 2019, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action (Filing No. 7). To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 15th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge